UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------

United States of America

        Plaintiff(s),

v.

Emmanuel Clase De La Cruz

        Defendant(s).

-------------------------------------------------------

25-CR-346

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL** *PRO HAC VICE*

I, J. Riley Able, being duly sworn, hereby depose and say as follows:

1. I am a(n) Associate with the law firm of Dinsmore & Shohl LLP.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of Ohio.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I Have not been convicted of a felony. If you have, please describe facts and circumstances.

6. I Have not been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.

7. Attorney Registration Number(s) if applicable: OH - 0100282
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case 25-CR-346 for Defendant Emmanuel Clase De La Cruz.

Date 11/13/25

Signature of Movant
Firm Name Dinsmore & Shohl LLP
Address 255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202

Email riley.able@dinsmore.com
Phone 513-832-5369

NOTARIZED

CAITLIN SINKS
Notary Public, State of Ohio
My Commission Expires
March 07, 2029
COMMISSION: 2024-RE-874654



# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**James Riley Able**
Attorney Registration No. **0100282**

was admitted to the practice of law in Ohio on December 14, 2020; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 12th day of November, 2025.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

Shannon Scheid
*Administrative Assistant, Office of Attorney Services*

No. 2025-11-12-1
Verify by email at GoodStandingRequests@sc.ohio.gov