

November 17, 2025

By Hand Delivery and ECF

The Honorable James Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**This application is granted in full.**

**SO ORDERED.**

*Clay H. Kaminsky*
Clay H. Kaminsky, U.S.M.J.
November 19, 2025

  Re: *United States v. Emmanuel Clase De La Cruz and Luis Leon Ortiz Ribera*
    Case No. 25-CR-346 (KAM)

Dear Judge Cho:

  I write on behalf of defendant Luis Leon Ortiz Ribera to respectfully request that the Court modify the conditions of Mr. Ortiz's release. The government has advised that it consents to the proposed modifications described below. Pretrial Services has also advised that it has no objection to the proposed modifications.

  On November 12, 2025, Mr. Ortiz was released on a $500,000 bond signed by his wife. The bond further that a property be identified and posted by November 19, 2025, with a second surety to sign by that same date, and required Mr. Ortiz to be subject to electronic monitoring. We now respectfully request that the bond be modified to allow for Mr. Ortiz's release on a bond secured by five sureties, including his wife who previously signed the bond, and a luxury vehicle owned by Mr. Ortiz (the "Vehicle). The Vehicle has an estimated value of $100,000 to $150,000, and a copy of the certificate of title for the Vehicle has been provided to the government. We further request that the bond be modified to allow Mr. Ortiz until November 26, 2025 to have the four remaining sureties sign the bond. Finally, we request that the bond be modified to remove the condition of electronic monitoring after all five sureties have signed the bond. We respectfully submit that the proposed modifications are sufficient to reasonably assure Mr. Ortiz's appearance as required.

1

Thank you for your consideration of this request.

                                          Respectfully submitted,

                                          *Elizabeth Geddes*

                                          Elizabeth Geddes, Esq.
                                          Corva Law LLP
                                          110 West 40th Street, Suite 1003
                                          New York, New York 10018
                                          liz@corvalaw.com

cc:     AUSA Sean M. Sherman (by ECF)
         AUSA Eric Silverberg (by ECF)
         Pretrial Services Officer Vilmary Colon (by email)