

December 17, 2025

By Email

The Honorable James Cho
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Emmanuel Clase De La Cruz and Luis Leon Ortiz Ribera*
                Case No. 25-CR-346 (KAM)

Dear Judge Cho:

    I write on behalf of defendant Luis Leon Ortiz Ribera to respectfully request that the Court modify the conditions of Mr. Ortiz's bond. The bond currently allows Mr. Ortiz to travel to Massachusetts (where Mr. Ortiz and his wife currently reside), Ohio (where some of his lawyers are located) and New York City and Long Island. Mr. Ortiz has family members who reside in Rhode Island, and is exploring relocating to Rhode Island. To allow for Mr. Ortiz to visit with family members in Rhode Island over the upcoming holiday season and to enable Mr. Ortiz and his wife to explore relocating to Rhode Island, we request that the bond be modified to allow for Mr. Ortiz's travel to Rhode Island.

    Pretrial Services has advised that it has no objection to the proposed modification and the government has advised that it defers to Pretrial Services' position.

Thank you for your consideration of this request.

Respectfully submitted,

*Elizabeth Geddes*

Elizabeth Geddes, Esq.
Corva Law LLP
110 West 40th Street, Suite 1003
New York, New York 10018
liz@corvalaw.com

cc: AUSA Sean M. Sherman (by email)
AUSA Eric Silverberg (by email)
Pretrial Services Officer Vilmary Colon (by email)

So ordered on December 17, 2025

*Joseph A. Marutollo*
Hon. Joseph A. Marutollo
U.S. Magistrate Judge