```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```

---------------------------X

UNITED STATES OF AMERICA,

   - against -

EMMANUEL CLASE DE LA CRUZ
and LUIS LEANDRO ORTIZ
RIBERA,

               *Defendants*.

---------------------------X

**Criminal Pre-Trial Scheduling Order**

No. 25-cr-0346 (KAM)

**KIYO A. MATSUMOTO, United States District Judge:**

    Defendants Emmanuel Clase de la Cruz and Luis Leandro Ortiz Ribera, having interposed respective pleas of not guilty, and the Government (together the "Parties") are ordered to adhere to the following deadlines in advance of **trial commencing on May 11, 2026**:

1. The Court will hold a status conference on **January 15, 2026, at 12:00 P.M.**

2. The Parties shall meet and confer in good faith to resolve any evidentiary or other pre-trial disputes. The Parties shall simultaneously file any pre-trial motions by **January 20, 2026**, with opposition papers to be filed by **January 27, 2026**, and reply papers to be filed by **February 3, 2026**.

3. The Parties shall simultaneously file any motions *in limine*, or motions pursuant to Federal Rule of Evidence 404(b), by **February 24, 2026**, with opposition papers to be filed by **March 3, 2026**, and reply papers, if any, to be filed by **March 10, 2026**.

4. The Parties shall provide <u>**two**</u> courtesy copies to Chambers of all papers as filed (including exhibits) no later than the day after they are due. Courtesy copies shall include the information stamped on each page of each filing by the Court's CM/ECF system.

5. By **March 27, 2026**, the Government shall provide to Defendant any *Giglio* materials.

6. By **March 30, 2026,** the Parties shall confer, file, serve, and deliver two courtesy copies to Chambers of:

   a. A list of exhibits;

   b. A list of witnesses;

   c. Expert disclosures; and

   d. A list of persons, including any attorneys and their staff, corporations, institutions, places, and scientific, technical, or colloquial terms that will be presented or referred to by counsel or witnesses during the trial, for the use of the Court in questioning prospective jurors during *voir dire* and to assist the Court reporter in accurately transcribing the names during the proceedings. The Parties shall attempt in good faith to reach an agreement on this item.

7. The Parties shall meet and attempt to agree on, and by **April 6, 2026,** shall file, serve, and deliver two courtesy copies to Chambers of:

   a. Voir dire requests;

   b. Proposed verdict form;

   c. Requests to charge or any objections to the same, with legal citations to controlling law;

   d. Any stipulations of fact;

   e. Notices of objections to the authenticity of exhibits; and

   f. If recordings and transcripts are to be used either as substantive evidence or as aids to the jury, a single copy shall be appropriately marked by all Parties to indicate portions to be read and portions to be objected to after the Parties have attempted in good faith to resolve any disputes.

8. By **April 13, 2026,** any party who intends to present marked exhibits to the jury in digital form shall meet with the Chief

Deputy Clerk for Automation Services and the undersigned judge's case manager to review the available equipment in the courtroom where the trial shall take place and determine what equipment the Court can provide and what equipment the Parties must provide. Counsel shall be accompanied by their audio-visual personnel who will be operating any equipment that will be used at trial. By **April 14, 2026,** the Parties shall file a confirmation in writing that this meeting has occurred.

9. The Parties shall confer and attempt to resolve any outstanding objections or disputes regarding Items Two, Three, Six, and Seven prior to trial to avoid sidebars, delays, and interruptions during trial. The Parties shall file a joint status update advising the Court of any outstanding disputes or objections by **April 10, 2026.**

10. The Parties shall appear with counsel who is to try this case at a final pre-trial conference on **May 1, 2026,** at **10:00 a.m.** in Courtroom 6B South.

    a. Before the pre-trial conference, the Parties shall:

        i. Physically mark for identification (e.g., GX. $1^{ID}$, DX $A^{ID}$ followed by the docket number) each item of physical or documentary evidence the party intends to offer at trial, including any learned treatise or publication to be introduced pursuant to Federal Rule of Evidence 803(18); and

        ii. Make every effort to enter into stipulations of fact, including as to the authenticity of all documents intended to be offered as evidence at trial, and to give notice as to all objections to authenticity to permit the adversary to have available at trial all necessary foundation witnesses.

    b. At the final pre-trial conference, **on May 1, 2026,** each party shall bring **two sets** of all trial exhibits marked for identification, including a table of contents, and any disc upon which the exhibits have been recorded in digital form, if the party intends to present the evidence at trial digitally, for inspection.

3

c. Counsel for the Government shall use its best efforts to provide any material required to be produced at trial under 18 U.S.C. § 3500, appropriately marked for identification, along with two courtesy copies for Chambers.

11. The Parties shall appear with counsel ready to select a jury on **May 4, 2026, at 9:00 a.m.,** before the undersigned or the assigned magistrate judge. Trial will commence before the undersigned on **May 4, 2026, at 9:00 a.m. if the Court's calendar permits** or on **May 11, 2026, at 9:00 a.m.** in Courtroom 6B South.

12. A defendant in a criminal case must appear at all stages of the proceedings, including the return dates of motions, hearings, pre-trial conferences, and trial, unless excused by the Court with the consent of the Government. Failure to comply may result in revocation of bail if bail has been granted.

**SO ORDERED.**

Dated:  December 17, 2025
        Brooklyn, New York

_____
**KIYO A. MATSUMOTO**
United States District Judge
Eastern District of New York