UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00346-KAM |
| Plaintiff, | |
| v. | |
| LUIS LEANDRO ORTIZ RIBERA, | DEFENDANT'S MOTION FOR BILL OF PARTICULARS |
| Defendant. | |

-------------------------------------------------------- X

Defendant Luis Leandro Ortiz Ribera ("Mr. Ortiz") hereby moves this Court, pursuant to Federal Rule of Criminal Procedure 7(f), for an order requiring the Government to file a Bill of Particulars setting forth the information requested below. As written, the Indictment fails to adequately inform Mr. Ortiz of the specific acts or provide detailed notice of the crimes of which he is accused. Mr. Ortiz therefore asks the Court to order the Government to specify and identify additional particulars regarding the nature of certain allegations contained in the Indictment:

1. Mr. Ortiz joined the criminal scheme and agreed to throw certain pitches in exchange for bribes or kickbacks. ECF No. 1, ¶ 30;

2. Mr. Ortiz agreed that, in exchange for approximately $5,000, he would throw a ball for his first pitch in the second inning of the June 15 game. *Id.*, ¶ 31;

3. Mr. Ortiz agreed that, in exchange for $7,000, he would throw a ball for his first pitch in the third inning of the June 27 game. *Id.*, ¶ 37;

4. Mr. Ortiz sent co-defendant Emmanuel Clase de la Cruz ("Mr. Clase") text messages "regarding [Mr. Ortiz's] receipt of money for throwing Subject Pitch-1." *Id.*, ¶ 35;

5.       Mr. Clase sent Mr. Ortiz a photograph of a wire transfer and an audio message "directing [Mr. Ortiz] to cause his associates in the Dominican Republic to lie." *Id.*, ¶ 36;

6.       Mr. Ortiz received funds or intended to receive funds. *Id.*, ¶ 36; and

7.       Agreed-upon "materially false or fraudulent" statements or representations in furtherance of a wire fraud. *Id.*, ¶ 42.

As further described in the accompanying memorandum in support of this motion, a bill of particulars is reasonably necessary to Mr. Ortiz's ability to prepare his defense and avoid unfair surprise at trial. Mr. Ortiz respectfully requests the Court grant his motion and direct the government to file a bill of particulars.

                                                            Respectfully submitted,

                                                            Luis Leandro Ortiz Riberta, Defendant

Date:  January 9, 2026                 */s/ Christos N. Georgalis*
                                                            Christos N. Georgalis (OH 0079433 *pro hac vice*)
                                                            Paul M. Flannery (OH 0091480 *pro hac vice*)
                                                            Flannery | Georgalis, LLC
                                                            1621 Euclid Avenue, Floor 20
                                                            Cleveland, Ohio 44115
                                                            (216) 466-0169 (Chris)
                                                            (216) 466-0162 (Paul)
                                                            chris@flannerygeorgalis.com
                                                            paul@flannerygeorgalis.com

                                                            Elizabeth Geddes
                                                            Corva Law LLP
                                                            110 West 40th Street, Suite 1003
                                                            New York, New York 10018
                                                            liz@corvalaw.com

                                                            *Counsel for Defendant Luis Leandro Ortiz Ribera*

## **GOOD FAITH CERTIFICATION**

Pursuant to Local Criminal Rule 16.1, undersigned counsel for Mr. Ortiz certifies that, on January 6, 2026, they have conferred with counsel for the Government in an effort in good faith to resolve by agreement the issues raised by the foregoing Motion for Bill of Particulars without the intervention of the court and were unable to reach agreement.

                                      Luis Leandro Ortiz Riberta, Defendant

Date: January 9, 2026                */s/ Christos N. Georgalis*
                                      Christos N. Georgalis (OH 0079433 *pro hac vice*)
                                      Paul M. Flannery (OH 0091480 *pro hac vice*)

                                      *Counsel for Defendant Luis Leandro Ortiz Ribera*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 9, 2026, the foregoing document was filed in this matter using the Court's electronic filing system. Notice of this filing will be sent to all represented parties via the Court's electronic filing system.

                                              Luis Leandro Ortiz Riberta, Defendant

Date: January 9, 2026                */s/ Christos N. Georgalis*
                                              Christos N. Georgalis (OH 0079433 *pro hac vice*)
                                              Paul M. Flannery (OH 0091480 *pro hac vice*)

                                              *Counsel for Defendant Luis Leandro Ortiz Ribera*