UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- X

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00346-KAM |
| Plaintiff, | |
| v. | |
| LUIS LEANDRO ORTIZ RIBERA, | DEFENDANT LUIS ORTIZ'S MOTION FOR SEVERANCE |
| Defendant. | |

------------------------------------------------------- X

Defendant Luis Leandro Ortiz Ribera ("Mr. Ortiz") hereby moves this Court, pursuant to Federal Rule of Criminal Procedure 14, for an order severing Mr. Ortiz's trial from that of Defendant Emmanuel Clase De La Cruz ("Mr. Clase"). As further described in the accompanying memorandum in support of this motion, a joint trial will compromise rights afforded to Mr. Ortiz and prevent the jury from making a reliable judgment on innocence or guilt. Severance is necessary to prevent substantial prejudice to Mr. Ortiz's right to a fair trial. Mr. Ortiz respectfully requests the Court grant his motion for severance and for such other relief from the prejudicial joinder as justice requires.

Respectfully submitted,

Luis Leandro Ortiz Riberta, Defendant

Date:  February 5, 2026

*/s/ Christos N. Georgalis*
Christos N. Georgalis (OH 0079433 *pro hac vice*)
Paul M. Flannery (OH 0091480 *pro hac vice*)
Flannery | Georgalis, LLC
1621 Euclid Avenue, Floor 20
Cleveland, Ohio 44115
(216) 466-0169 (Chris)
(216) 466-0162 (Paul)
chris@flannerygeorgalis.com
paul@flannerygeorgalis.com

Elizabeth Geddes
Corva Law LLP
110 West 40th Street, Suite 1003
New York, New York 10018
liz@corvalaw.com

*Counsel for Defendant Luis Leandro Ortiz Ribera*

## **GOOD FAITH CERTIFICATION**

Pursuant to Local Criminal Rule 16.1, undersigned counsel for Mr. Ortiz certifies that, on February 4, 2026, they have conferred with counsel for the Government in an effort in good faith to resolve by agreement the issues raised by the foregoing Motion for Severance without the intervention of the court and were unable to reach agreement.

                                                                      Luis Leandro Ortiz Riberta, Defendant

Date:  February 5, 2026                    */s/ Christos N. Georgalis*
                                                    Christos N. Georgalis (OH 0079433 *pro hac vice*)
                                                    Paul M. Flannery (OH 0091480 *pro hac vice*)

                                                    *Counsel for Defendant Luis Leandro Ortiz Ribera*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 5, 2026, the foregoing document was filed in this matter using the Court's electronic filing system. Notice of this filing will be sent to all represented parties via the Court's electronic filing system.

                                          Luis Leandro Ortiz Riberta, Defendant

Date: February 5, 2026                */s/ Christos N. Georgalis*
                                          Christos N. Georgalis (OH 0079433 *pro hac vice*)
                                          Paul M. Flannery (OH 0091480 *pro hac vice*)

                                          *Counsel for Defendant Luis Leandro Ortiz Ribera*