UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00346-KAM |
| Plaintiff, | |
| v. | |
| LUIS LEANDRO ORTIZ RIBERA, | DEFENDANT LUIS ORTIZ'S MOTION FOR SEVERANCE |
| Defendant. | |

-------------------------------------------------------- X

# Exhibits A and B

Filed under seal pursuant to the Protective Order (ECF No. 37)