

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| EWS/SMS/SME | *271 Cadman Plaza East* |
| F. #2025R00435 | *Brooklyn, New York 11201* |

March 16, 2026

By ECF

The Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. Emmanuel Clase de la Cruz, et al.
>       Criminal Case No. 25-346 (S-1) (KAM)

Dear Judge Matsumoto:

The government respectfully submits this letter on behalf of all of the parties to request a one-week adjournment of the March 16, 2026, deadline for the submission of a joint proposed pretrial scheduling order to March 23, 2026, as well as a corresponding one-week adjournment of all deadlines in the current pretrial scheduling order (ECF No. 53). In accordance with the Court's Minute Order of March 6, 2026, the parties are conferring regarding a revised joint proposed pretrial schedule but require additional time to do so. In order to afford the parties additional time to discuss revised deadlines, the parties further request that all of the deadlines in the current pretrial order also be adjourned for one week.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:  _____/s/_____

Eric Silverberg
Sean M. Sherman
Sarah M. Evans
Assistant U.S. Attorneys
(718) 254-7000

cc:  Clerk of the Court (KAM) (by ECF)
      Defense Counsel (by E-Mail and ECF)