

May 22, 2026

**By ECF**
The Honorable Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room S905
Brooklyn, New York 11201

> *Re:* *United States v. Emmanuel Clase De La Cruz and Luis Leon Ortiz Ribera*
> *Case No. 25-CR-346 (KAM)*

Dear Judge Matsumoto:

I write on behalf of defendant Luis Leon Ortiz Ribera ("Mr. Ortiz") to respectfully join in the Motion to Dismiss Count I of Superseding Indictment filed by defendant Emmanuel Clase De La Cruz. (ECF No. 142). Mr. Ortiz incorporates by reference the legal theories and arguments raised in Mr. Clase's Motion to Dismiss because those theories and arguments are equally applicable to Mr. Ortiz. For the reasons set forth in the Motion, Mr. Ortiz moves to dismiss Count One of the Superseding Indictment.

Respectfully submitted,

Paul M. Flannery
Chris N. Georgalis
Flannery Georgalis LLC
paul@flannerygeorgalis.com
chris@flannerygeorgalis.com

Elizabeth Geddes
Corva Law LLP
liz@corvalaw.com

cc:    AUSAs Sherman, Silverberg, and Evans (by ECF)
Counsel for Mr. Clase (by ECF)
Counsel for Mr. Vasquez (by ECF)

CLEVELAND
Keith Building
1621 Euclid Avenue
Floor 20
Ohio 44115
216.367.2120

CHARLESTON, WV
CHARLOTTE, NC
COLUMBUS, OH
DETROIT, MI
JACKSONVILLE, FL

MARTINSBURG, WV
MORGANTOWN, WV
PITTSBURGH, PA
YOUNGSTOWN, OH

*flannerygeorgalis.com*