**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EWS/SMS/RMU/JS
F. #2025R00435

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 19, 2026

By ECF & E-mail

Michael Ferrara, Esq.
Michael Bronson, Esq.
Lindsay Gerdes, Esq.
Riley Able, Esq.
Dinsmore & Shohl
191 West Nationwide Blvd, Suite 200
Columbus, OH 43215
*Counsel to Emmanuel Clase de la Cruz*

Chris Georgalis, Esq.
Paul Flannery, Esq.
Samuel Landes, Esq.
Sarah Mink, Esq.
Flannery | Georgalis, LLC
1621 Euclid Avenue, Floor 20
Cleveland, OH 44115
*Counsel to Luis Leandro Ortiz Ribera*

Todd A. Spodek, Esq.
Spodek Law Group P.C.
233 Broadway, Suite 710
New York, NY 10279
*Counsel to Robinson Vasquez Germosen*

Elizabeth Geddes, Esq.
Corva Law LLP
110 West 40th Street, Suite 1003
New York, NY 10018
*Counsel to Luis Leandro Ortiz Ribera*

Re: United States v. Emmanuel Clase De La Cruz et al.
Criminal Docket No. 25-346 (S-1) (KAM)

Dear Counsel:

In accordance with the Court's electronic order dated September 17, 2026, enclosed herein is the government's signed rebuttal expert disclosure pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure. The government reserves the right to provide additional expert disclosures as they become available and to supplement and/or correct this disclosure if appropriate. See Fed. R. Crim. P. 16(a)(1)(G)(vi). The government requests reciprocal disclosures

from the defendants pursuant to Fed. R. Crim. P. 16(b)(1)(C), including any supplements or corrections to the expert reports previously disclosed by defendant Clase.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Eric Silverberg
Sean M. Sherman
Rebecca M. Urquiola
James R. Simmons
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of the Court (KAM) (by ECF)