**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EWS/SMS/RMU/JS
F. #2025R00435

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 30, 2026

By ECF & E-mail

The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Emmanuel Clase de la Cruz, et al.
Criminal Docket No. 25-346 (S-1) (KAM)

Dear Judge Matsumoto:

Enclosed please find a letter filed earlier today with the United States Court of Appeals for the Second Circuit regarding the pending petition for a writ of mandamus in In Re: Luis Leandro Ortiz Ribera, 26-2695.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Eric Silverberg
Sean M. Sherman
Rebecca M. Urquiola
James R. Simmons
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of Court (KAM) (by ECF and Hand Delivery)
Counsel of Record (by ECF and E-Mail)

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 30, 2026

By ECF

The Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
for the Second Circuit
The Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re: In Re: Luis Leandro Ortiz Ribera,
Docket No. 26-2695

Dear Ms. Wolfe:

The parties respectfully submit this joint request for clarification regarding the Court's order of earlier today, which denied "an administrative stay of district court proceedings pending review by a three-Judge panel," while also referring the motion to stay to a three-Judge panel. During the pretrial conference held before the district court this morning, the district court requested that the parties seek clarification from this Court regarding the operation of its order and the present effect of the stay after having been referred to a three-Judge panel. Clarification is respectfully requested on an expedited basis in light of the impending trial in this matter, which begins on Monday, November 2, 2026.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Amy Busa
Eric Silverberg
Sean M. Sherman
Rebecca M. Urquiola
James R. Simmons
Assistant U.S. Attorneys